ALFRED HANSEN, Respondent, v. NEW JERSEY SHIPBUILDING AND DREDGING COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

MORDECAI BENGUIAT and Another, Appellants, v. THE GOTHAM NATIONAL BANK OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of NATHAN LIFSHITZ, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of STANELY A. WAITH, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of Certain Stockholders of the ATLANTIC INSURANCE COMPANY for the Appointment of a Trustee in the Place of JOHN D. JONES, the Former Trustee, Now Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DAVID LEAVENWORTH, as Trustee, etc., v. SOCRATES COCKINIAS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FRIENDLICH.— Motion to dismiss appeal denied, without prejudice to renewal for unreasonable delay. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JOHN M. THOMPSON & Co., INC., v. ATLANTIC MORTGAGE CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DAVID I. NALITT v. ROYAL INDEMNITY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

REBE B. GROLLMAN v. PABLO HOMS, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of JAMES LYALL, Deceased.— Motion denied, without prejudice to an application to the surrogate for the allowance of the credit claimed, in the manner provided by the decree appealed from. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

EMILY R. MOLLER, as Ancillary Administratrix, etc., v. MAUD E. W. MOLLER PAULIVICO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.